IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23CV370

| | |
|---|---|
| Tomika Jones, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Fagus Grecon, Inc., ) | |
|     Defendant. ) | |

This matter is before the court upon Defendant's Motion to Dismiss for insufficient service of process and lack of personal jurisdiction. The pro se Plaintiff filed her Title VII Complaint on June 22, 2023. Defendant claims that it was served with a copy of the Summons by certified mail on June 26, 2023, but that the certified mail envelope did not contain a copy of the Complaint. In response, Plaintiff has filed an affidavit stating that she did in fact serve Defendant with a copy of the Summons, Complaint, and Notice of Right to Sue.

Because it is impossible for the Court to determine whether Defendant was properly served with a copy of the Compliant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the Court directs the Plaintiff to once again serve the Defendant, ensuring that she includes a copy of *both* the Summons and Complaint. The Plaintiff shall have 30 days in which to attempt proper service on the Defendant.

    IT IS SO ORDERED.

Signed: November 9, 2023

*Graham C. Mullen*
Graham C. Mullen
United States District Judge